JOHN M. SORICH (CA Bar No. 125223)
jsorich@adorno.com
S. CHRISTOPHER YOO (CA Bar No. 169442)
cyoo@adorno.com
MACEY CHAN (CA Bar No. 258470)
mchan@adorno.com
ADORNO YOSS ALVARADO & SMITH
A Professional Corporation
1 MacArthur Place, Suite 200
Santa Ana, California 92707
Tel: (714) 852-6800
Fax: (714) 852-6899

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A., AN ACQUIRER OF CERTAIN ASSETS AND LIABILITIES OF WASHINGTON MUTUAL BANK FROM THE FEDERAL DEPOSIT INSURANCE CORPORATION ACTING AS RECEIVER, ERRONEOUSLY SUED AS JPMORGAN CHASE BANK FKA WASHINGTON MUTUAL

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

JESS C. REYES,

Plaintiff,

v.

INDYMAC FEDERAL BANK; JPMORGAN CHASE BANK FKA WASHINGTON MUTUAL; FIRST MAGNUS FINANCIAL CORPORATION; MTC FINANCIAL, INC. DBA TRUSTEE CORPS; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; CHARTER FUNDING DBA FIRST MAGNUS FINANCIAL CORPORATION; TONY SMITH; and DOES 1-20 inclusive,

Defendants.

**CASE NO.: 09-CV-03382 MCE KJM**

**JUDGE:** Hon. Morrison C. England, Jr.

**ORDER GRANTING REQUEST TO APPEAR BY TELEPHONE AT MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM UPON WHICH RELIEF CAN BE GRANTED**

**DATE:** February 25, 2010
**TIME:** 2:00 P.M.
**CTRM:** "7"
**FLOOR:** "14th "

///

///

///

///



ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA

The court having reviewed the Request to Appear by Telephone of defendant JPMorgan Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the Federal Deposit Insurance Corporation acting as receiver ("JPMorgan"), erroneously sued as JPMorgan Chase Bank fka Washington Mutual at the Motion to Dismiss Complaint ("Motion") of plaintiff, Jess C. Reyes ("Plaintiff"), in good cause appearing therefore, hereby orders as follows:

IT IS HEREBY ORDERED, that JPMorgan may appear telephonically at the Motion, currently set to be heard on February 25, 2010 at 2:00 p.m. in Courtroom 7, before the Honorable District Judge Morrison C. England, Jr., of the above-entitled Court, by and through its counsel, S. Christopher Yoo, (714) 852-6868.

DATED: February 24, 2010

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

ADORNO YOSS ALVARADO & SMITH
ATTORNEYS AT LAW
SANTA ANA