1   JOHN M. SORICH (CA Bar No. 125223)
    jsorich@adorno.com
2   S. CHRISTOPHER YOO (CA Bar No. 169442)
    cyoo@adorno.com
3   MACEY CHAN (CA Bar No. 258470)
    mchan@adorno.com
4   ADORNO YOSS ALVARADO & SMITH
    A Professional Corporation
5   1 MacArthur Place, Suite 200
    Santa Ana, California 92707
6   Tel: (714) 852-6800
    Fax: (714) 852-6899
7
    Attorneys for Defendant
8   JPMORGAN CHASE BANK, N.A., AN ACQUIRER OF
    CERTAIN ASSETS AND LIABILITIES OF
9   WASHINGTON MUTUAL BANK FROM THE
    FEDERAL DEPOSIT INSURANCE CORPORATION
10  ACTING AS RECEIVER, ERRONEOUSLY SUED AS
    JPMORGAN CHASE BANK FKA WASHINGTON
11  MUTUAL

12                  **UNITED STATES DISTRICT COURT**

13                  **EASTERN DISTRICT OF CALIFORNIA**

14

15  JESS C. REYES,                          **CASE NO.: 09-CV-03382 MCE KJM**

16              Plaintiff,                   **JUDGE:** Hon. Morrison C. England, Jr.

17  v.                                      **ORDER GRANTING REQUEST TO**
                                            **APPEAR BY TELEPHONE AT MOTION**
18  INDYMAC FEDERAL BANK; JPMORGAN          **TO DISMISS COMPLAINT FOR**
    CHASE BANK FKA WASHINGTON               **FAILURE TO STATE A  CLAIM UPON**
19  MUTUAL; FIRST MAGNUS FINANCIAL          **WHICH RELIEF CAN BE GRANTED**
    CORPORATION; MTC FINANCIAL, INC.
20  DBA TRUSTEE CORPS; MORTGAGE             **DATE:**     February 25, 2010
    ELECTRONIC REGISTRATION SYSTEMS,        **TIME:**     2:00 P.M.
21  INC.; CHARTER FUNDING DBA FIRST         **CTRM:**     "7"
    MAGNUS FINANCIAL CORPORATION;           **FLOOR:**    "14th "
22  TONY SMITH; and DOES 1-20 inclusive,

23              Defendants.

24

25  ///

26  ///

27  ///

28  ///

                                1

*Left margin, vertical text:* ADORNO YOSS ALVARADO & SMITH / ATTORNEYS AT LAW / SANTA ANA

1    The court having reviewed the Request to Appear by Telephone of defendant JPMorgan

2    Chase Bank, N.A., an acquirer of certain assets and liabilities of Washington Mutual Bank from the

3    Federal Deposit Insurance Corporation acting as receiver ("JPMorgan"), erroneously sued as

4    JPMorgan Chase Bank fka Washington Mutual at the Motion to Dismiss Complaint ("Motion") of

5    plaintiff, Jess C. Reyes ("Plaintiff"), in good cause appearing therefore, hereby orders as follows:

6        IT IS HEREBY ORDERED, that JPMorgan may appear telephonically at the Motion,

7    currently set to be heard on February 25, 2010 at 2:00 p.m. in Courtroom 7, before the Honorable

8    District Judge Morrison C. England, Jr., of the above-entitled Court, by and through its counsel, S.

9    Christopher Yoo, (714) 852-6868.

10   DATED:  February 24, 2010

11

12                                    MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Adorno Yoss Alvarado & Smith
Attorneys At Law
Santa Ana