1

2

3

4

5

6

7

8                      UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11   JESS C. REYES
                                    No. 2:09-cv-03382-MCE-KJM
12            Plaintiff,

13        v.                        MEMORANDUM AND ORDER

14   INDYMAC FEDERAL BANK,
     et. al.,
15
              Defendants.
16

17                          ----oo0oo----

18

19       This action arises out of a mortgage loan transaction in

20   which Plaintiff Jess Reyes ("Plaintiff") obtained a home loan in

21   June 2006.  Presently before the Court are Motions by Defendants

22   MTC Financial, Inc., JPMorgan Chase Bank, N.A., and Mortgage

23   Electronic Registrations Systems, Inc. (collectively

24   "Defendants") to Dismiss the claims alleged against them in

25   Plaintiff's Complaint for failure to state a claim upon which

26   relief may be granted pursuant to Federal Rule of Civil Procedure

27   12(b)(6).

28   ///

                                    1

1  Defendant MTC Financial, Inc. concurrently moves to strike

2  portions of Plaintiff's Complaint pursuant to Federal Rule of

3  Civil Procedure Rule 12(f).  Plaintiff has failed to timely file

4  an opposition.[1]

5       Pursuant to Local Rule 230(c), opposition to a motion must

6  be filed not less than fourteen (14) days prior to the date of

7  the hearing.  The date of the hearing on motion was set for

8  February 25, 2010.  Fourteen (14) days prior to the hearing was

9  February 11, 2010.  No opposition was filed as required.

10      As a result of Plaintiff's counsel Sharon Lapin's repeated

11  failure to comply with Local Rules, within ten (10) days from the

12  date this Order is electronically filed, Lapin shall either

13  (1) personally pay sanctions in the amount of $250.00 to the

14  Clerk of the Court or (2) show good cause for the failure to

15  comply with Local Rule 230(c).

16      However, this Court is in receipt of Plaintiff's late-filed

17  First Amended Complaint.  While Plaintiff's original Complaint

18  alleged violations of both federal and state laws, Plaintiff's

19  Amended Complaint abandons his federal claims.

20      With only Plaintiff's state law claims remaining, this Court

21  ceases to have subject matter jurisdiction over the suit. The

22  Court declines to exercise its supplemental jurisdiction over the

23  remaining state causes of action and they are dismissed without

24  prejudice.

25  ///

26

27      [1] Because oral argument will not be of material assistance,
the Court orders this matter submitted on the briefs.  E.D. Cal.
28  Local Rule 230 (g).

1  The Court need not address the merits of Defendants' Motions to

2  Dismiss (Docket Nos. 7, 10 and 13) as those issues are now moot.

3       For the reasons stated above, the case is dismissed.   The

4  Clerk is directed to close the file.

5       IT IS SO ORDERED.

6  Dated: February 26, 2010

7

8  _____

9  MORRISON C. ENGLAND, JR.
   UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28